**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br>KATAYONE ADELI,<br>　　　　Adeli. | Case No. 2:05-30583-TD<br>Chapter 7<br>Adv. No. 2:05-02644-TD |
| RICHARD B. SACHS,<br>　　　　Plaintiff,<br>v.<br>KATAYONE ADELI,<br>　　　　Defendant. | **JUDGMENT**<br><br>**TRIAL:**<br>Date:　　October 25, 2007<br>Time:　　10:00 a.m.<br><br>**CLOSING ARGUMENTS:**<br>Date:　　December 21, 2007<br>Time:　　10:00 a.m.<br><br>Place:　　Courtroom 1345<br>　　　　　255 E. Temple St.<br>　　　　　Los Angeles, CA<br><br>**FINAL BRIEFING DATE:**<br>February 1, 2008 |

　　Judgment on Plaintiff Richard B. Sachs' 727 claims in this adversary is hereby granted in favor of Defendant Katayone Adeli. Sachs' claims seeking denial of discharge are dismissed.

　　IT IS SO ORDERED.

　　March 27, 2008

　　　　　　　　　　　　　　　　　　　/s/ Thomas B. Donovan
　　　　　　　　　　　　　　　　　　　THOMAS B. DONOVAN
　　　　　　　　　　　　　　　　　　　BANKRUPTCY JUDGE

NOTICE OF ENTRY OF JUDGMENT OR ORDER
AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST LISTED BELOW:

1. You are hereby notified that a judgment or order entitled:

**JUDGMENT**

was entered on 3/27/08.

2. I hereby certify that I mailed a true copy of the order or judgment to the persons and entities listed below on 3/27/08.

Plaintiff's Attorneys
Isaac Pachulski
Frank Merola
Nathan Schultz
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Aaron Richard Golub
42 East 64th Street
New York, NY 10021

Debtor/Defendant
Katayone Adeli
9950 Durante Drive, No. 408
Beverly Hills, CA 90212

Debtor/Defendant's Attorneys
Craig Rankin
Todd Arnold
Levene Neale Bender Rankin & Brill
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067

Chapter 7 Trustee
Nancy Knupfer
Danning, Gill, Diamond & Kollitz
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067-2904

Office of the U. S. Trustee
Ernst & Young Plaza
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

Dated: 3/27/08

_____
Clerk

-2-